UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY L. HAYES,<br><br>                  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>                  Defendant. | NO:  2:14-CV-294-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is Magistrate Judge Rodgers' August 3, 2015, Report and Recommendation, **ECF No. 16**, to deny Plaintiff's Motion for Summary Judgment, **ECF No. 12**, and to grant Defendant's Motion for Summary Judgment, **ECF No. 13**. Plaintiff is represented by Dana Chris Madsen. United States Attorney Michael C. Ormbsy, Assistant United States Attorney Pamela J. DeRusha, and Special Assistant United States Attorney Sarah Leigh Martin represent Defendant. Objections to the Report and Recommendation were due on August 17, 2015. Neither party filed objections.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

The Court has reviewed and considered the Report and Recommendation, Plaintiff's and Defendant's Motions for Summary Judgment, and all relevant filings. Having reviewed the August 3, 2015, Report and Recommendation *de novo*, the Report and Recommendation, **ECF No. 16**, is **ADOPTED in its entirety**.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment, **ECF No. 12**, is **DENIED**.

2. Defendant's Motion for Summary Judgment, **ECF No. 13**, is **GRANTED**.

3. The parties shall bear their own costs.

**IT IS SO ORDERED**. The District Court Clerk is directed to file this Order, enter judgment accordingly, provide copies to counsel, and **close this case**.

**DATED** this 20th day of August 2015.

   *s/ Rosanna Malouf Peterson*
   ROSANNA MALOUF PETERSON
   Chief United States District Court Judge